UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YE NAN,<br>Petitioner,<br>v.<br>D. MARIN et al,<br>Respondent. | Case No. 5:26-cv-03612-AH-MAR<br><br>*AMENDED* ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **GRANTING** the Petition and **ORDERING** Respondent to immediately release Petitioner **Ye Nan** ***(A# 245-040-825)*** from custody on his prior conditions of release and immediately return any confiscated property and documents to Petitioner upon release; **ENJOINING** Respondents, absent a final order of removal, from re-detaining Petitioner without first providing Petitioner with individualized notice describing the change in circumstances necessitating his arrest and/or detention, and a pre-deprivation bond hearing before a neutral arbiter; and directing Respondents to file a notice of compliance within two days.

Dated: August 10, 2026

HONORABLE ANNE HWANG
United States District Judge