JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YE NAN,<br>Petitioner,<br>v.<br>D. MARIN et al,<br>Respondent. | Case No. 5:26-cv-03612-AH-MAR<br><br>*AMENDED* JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are **ORDERED** to immediately release Petitioner **Ye Nan** ***(A# 245-040-825)*** from custody on his prior conditions of release and immediately return any confiscated property and documents to Petitioner upon release. Respondents are **ENJOINED**, absent a final order of removal, from re-detaining Petitioner without first providing Petitioner with individualized notice describing the change in circumstances necessitating his arrest and/or detention, and a pre-deprivation bond hearing before a neutral arbiter.

Respondents are **ORDERED** to file a notice of compliance within two days.

Dated: August 10, 2026

Anne Hwang

HONORABLE ANNE HWANG
United States District Judge